UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
South Bend

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Stephen J Dunn | )   CASE NO.: 23-30097 |
| | )   <u>CHAPTER 11, Subchapter V</u> |
| | ) |
| Debtor(s) | ) |

<u>REJECTION BY SUBCHAPTER V TRUSTEE OF APPOINTMENT</u>

I, Daniel L. Freeland, having been appointed Subchapter V Trustee in the above bankruptcy estate, do hereby reject appointment in the above case due to a conflict.

Dated: February 24, 2023

Respectfully submitted:

DANIEL L. FREELAND & ASSOCIATES, P.C.

<u>/s/ Daniel L. Freeland</u>
Daniel L. Freeland
9105 Indianapolis Blvd.
Highland, IN 46322
219-922-0800
Dlf9601@aol.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 24th day of February, 2023, a copy of the attached was filed electronically with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to all counsel of record.

<u>/s/ Daniel L. Freeland</u>
Daniel L. Freeland