UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In re: | ) |
| | )     Chapter 11 |
| STEPHEN J. DUNN | )     Case No. 23-30097 |
| | ) |
| Debtors. | ) |

### ORDER FOR RULE 2004 EXAMINATION

This matter is before the Court upon the Motion for Rule 2004 Examination filed by Kinetic Advantage, LLC ("**Kinetic**") to conduct discovery and examinations under Rule 2004 of the Federal Rules of Bankruptcy Procedure – to the extent it deems necessary – of Debtor, Stephen J. Dunn ("**Debtor**");

And the Court, having considered said Motion and being duly advised, now finds that an examination should be had.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Kinetic be permitted to conduct discovery and examinations of the Debtor for all permissible purposes pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

**IT IS FURTHER, ORDERED, ADJUDGED, AND DECREED** that Debtor shall be and hereby is ordered to produce within thirty (30) days of the entry of this Order all information and documentation set forth in **Exhibit 1** to the Motion.

**IT IS FURTHER, ORDERED, ADJUDGED, AND DECREED** that the Debtor is ordered to appear in person for a Bankruptcy Rule 2004 Examination at a date, time and place to be designated by Kinetic or as may be agreed upon by Kinetic and the Debtor.

SO ORDERED.

Dated: April 3, 2023

*Paul E. Singleton*
Judge, Northern District of Indiana
Bankruptcy Court