# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | No. 23-30097 |
| STEPHEN J. DUNN, ) | Chapter 11, Sub V |
| ) | |
| ) | Hon. Paul E. Singleton, |
| Debtor/Debtor-in-Possession. ) | Bankruptcy Judge |
| _____) | |

## ORDER ALLOWING INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S COUNSEL

THIS MATTER COMING TO BE HEARD upon the Motion of David K. Welch, and the law firm Burke, Warren, MacKay & Serritella, P.C. ("BWMS"), as Counsel for STEPHEN J. DUNN, Debtor/Debtor-in-Possession, For Allowance of Interim Compensation and Reimbursement of Expenses (the "Fee Motion"); proper notice having been provided; no objections having been interposed and this Court being fully advised in the premises.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

 1)  BWMS is allowed interim compensation and reimbursement of expenses for the period February 1, 2023, through April 30, 2023, in the amount of $40,176.00 and $32.00 respectively;

 2)  The remaining balance of the advance payment retainer paid to BWMS in the amount of $32,892.00 shall be applied to the fees and expenses allowed by this Court;

 3)  The Debtor is authorized to pay all sums allowed under this Order.

ENTER:

_____
JUDGE

DATE: _____

**DEBTOR'S COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
Brian P. Welch, Esq. (Atty. No. 6307292)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., Suite 2100
Chicago, Illinois 60611
Tel: (312) 840-7000 - - Fax: (312) 840-7900